UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT JUHASZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:24-cv-12367-IT |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et. al, | * | |
| Defendants. | * | |

ORDER TO SHOW CAUSE

January 7, 2025

TALWANI, D.J.

Plaintiff Robert Juhasz filed a complaint in this case on September 16, 2024. See Complaint. [#1]. A summons was issued as to **The Regents of the University of California, R/V Roger Revelle, Scripps Institute of Oceanography, The United State of America,** on September 16, 2024 [#3]. More than 90 days have passed since the court issued summons in this case. To date, the summons has not been returned with proof of execution. Accordingly, the case is subject to dismissal. See Fed. R. Civ. P. 4(m) (2015) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."); Local Rule 4.1(b) ("If on the 14th day following the expiration of the 90 day period good cause has not been shown [for the failure to make timely service] . . . the clerk shall forthwith automatically enter an order of dismissal")

If Plaintiff believes dismissal is unwarranted, Plaintiff shall file by no later than January 21, 2025, a response to this order setting forth good cause why the court should not dismiss the case.

IT IS SO ORDERED.

                                                    /s/ Indira Talwani
                                                    United States District Judge